# EXHIBIT B

**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for Plaintiff

RECEIVED

JUL 09 2012

LEGAL AFFAIRS
*Hand delivery KC*

| | |
|---|---|
| NEW JERSEY BACK INSTITUTE a/s/o JUAN RODRIGUEZ,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NJ; ABC CORP. (1-10) (said names being fictitious and unknown entities),<br><br>　　　　　　　Defendant(s), | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY: LAW DIVISION<br><br>DOCKET NO: ESX-L-4827-12<br><br>CIVIL ACTION<br># Summons |

**FROM THE STATE OF NEW JERSEY TO THE DEFENDANT(S) NAMED ABOVE:**

　　　　The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625. A $135.00 (Law Division) or $135.00 (Chancery Division) filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff=s attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights, you must file and serve a written answer or motion (with the fee and completed Case Information Statement) if you want the Court to hear your defense.

　　　　If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

　　　　If you cannot afford an attorney, you may call the Legal Services Office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Massood & Bronsnick, LLC
Attorneys at Law

Dated:  July 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　　s/ Jennifer M. Perez
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer M. Perez
　　　　　　　　　　　　　　　　　　　　　　　　*Clerk of the Superior Court*

Name and Address of
Defendant to be served:  Horizon BCBS of NJ
　　　　　　　　　　　　975 Raymond Blvd., Newark, NJ 07105

**ATLANTIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Floor
Atlantic City, NJ 08401

LAWYER REFERRAL: 609-345-3444
LEGAL SERVICES: 609-348-4200

**BERGEN COUNTY**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, NJ 07601-0769

LAWYER REFERRAL: 201-488-0044
LEGAL SERVICES: 201-487-2166

**BURLINGTON COUNTY**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake, First Floor,
Courts Facility, 49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL: 609-261-4862
LEGAL SERVICES: 609-261-1088

**CAMDEN COUNTY**
Deputy Clerk of the Superior Court
Civil Processing Office, First Floor
Hall of Records, 101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL: 609-964-4520
LEGAL SERVICES: 609-964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
9 North Main Street, Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL: 609-463-0313
LEGAL SERVICES 609-465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Streets, P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL: 856-692-6207
LEGAL SERVICES: 856-451-0003

**ESSEX COUNTY**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102

LAWYER REFERRAL: 973-622-6207
LEGAL SERVICES: 973-624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake, First Floor, Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL: 609-848-4589
LEGAL SERVICES: 609-848-5360

**HUDSON COUNTY**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL: 201-798-2727
LEGAL SERVICES: 201-792-6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL: 908-263-6109
LEGAL SERVICES: 908-782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Court House
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL: 609-585-6200
LEGAL SERVICES: 609-695-6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior Court
Administration Building, Third Floor
1 Kennedy Square, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL: 732-828-0053
LEGAL SERVICES: 732-249-7600

**MONMOUTH COUNTY**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box 1269
Court House,
Freehold, NJ 07728-1262
LAWYER REFERRAL: 732-431-5544
LEGAL SERVICES: 732-866-0020

**MORRIS COUNTY**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place, P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL: 973-267-5882
LEGAL SERVICES: 793-285-6911

**OCEAN COUNTY**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL: 732-240-3666
LEGAL SERVICES: 732-341-2727

**PASSAIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division, Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL: 973-278-9223
LEGAL SERVICES: 973-345-7171

**SALEM COUNTY**
Deputy Clerk of the Superior Court
92 Market Street
P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL: 856-678-8363
LEGAL SERVICES: 856-451-0003

**SOMERSET COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office, New Court House,
Third Floor, P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL: 908-685-2323
LEGAL SERVICES: 908-231-0840

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL: 973-267-5882
LEGAL SERVICES: 973-383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL: 908-353-4715
LEGAL SERVICES: 908-354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL: 908-387-1835
LEGAL SERVICES: 908-475-2010