IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BACK INSTITUTE a/s/o JUAN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD INSURANCE COMPANY, ABC CORP. 1-10,<br><br>Defendants. | Civil Action No. |

## CERTIFICATE OF SERVICE

I, Randi Vuich, of full age, hereby certify that the original of the within Notice of Filing Notice of Removal has been filed with the Superior Court of New Jersey within the time and manner prescribed by the rules of court and that a copy of the within pleading has been served this date, via first-class mail, upon:

Massood & Bronsnick, LLC
50 Packanack Lake Rd. East
Wayne, NJ 07470
*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 8, 2012                    By: _____
                                              Randi Vuich

2754214-01