## MASSOOD & BRONSNICK, LLC

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

Email: ABRONSNICK@MASSOODLAW.COM

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*

°Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

January 18, 2013

**<u>Via ECF</u>**
Honorable Madeline Cox Arleo, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   *New Jersey Back Institute a/s/o J.R. v. Horizon Blue Cross Blue Shield of New Jersey*
             *Civil Action No.: 2:12-cv-04985-SDW-MCA*

Dear Judge Arleo:

    We are scheduled for a status conference before Your Honor on January 22, 2013. We respectfully request an adjournment due to a conflict in my schedule. I have obtained consent from my adversary for this request.

    Thank you for your consideration of this matter.

                                    Respectfully,

                                    ANDREW BRONSNICK, ESQ.

cc: Matthew A. Baker, Esq.   (Via ECF)