| | | |
|---|---|---|
| **NEW JERSEY BACK INSTITUTE,** | : | UNITED STATES DISTRICT COURT |
| | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : | |
| -vs- | : | Civil Action No. 12-4985 (SDW) |
| **HORIZON BLUE CROSS BLUE SHIELD INSURANCE COMPANY, et al.,** | : | ORDER |
| Defendant(s), | : | |

**THIS MATTER** having come before the Court for a telephone conference on February 7, 2013; and for good cause shown;

**IT IS on this 8th day of February, 2013**

**ORDERED THAT:**

1. Affirmative expert reports shall be served by **April 1, 2013**.

2. Responsive expert reports shall be served by **May 15, 2013**.

3. Defendants shall file Summary Judgment Briefs by **June 2, 2013**; opposition by **July 2, 2013**; reply by **July 16, 2013**.

        *s/Madeline Cox Arleo*
        **MADELINE COX ARLEO**
        **United States Magistrate Judge**

Original:   Clerk
cc:   Hon. Susan D. Wigenton, U.S.D.J.
       File