# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BACK INSTITUTE a/s/o J.R.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br> v.<br><br>HORIZON BLUE CROSS BLUE SHIELD INSURANCE COMPANY; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>    Defendant/Counterclaim Plaintiff. | CIVIL ACTION NO.: 12-4985 |

## ORDER

**THIS MATTER** having been opened to the Court by Matthew A. Baker, Esquire, attorney for Defendant/Counterclaim Plaintiff Horizon Blue Cross Blue Shield of New Jersey ("Horizon"), for an Order granting Horizon's Motion for Summary Judgment, and the Court having considered the papers in support of said motion and in opposition thereto, and for good cause shown;

**IT IS** on this _____ day of _____ 2013, **ORDERED** that Plaintiff/Counterclaim Defendant's Complaint be and hereby is **DISMISSED** with prejudice;

**IT IS FURTHER ORDERED** that Defendant/Counterclaim Plaintiff is hereby **GRANTED** summary judgment with respect to its counterclaim to recover the payment previously made;

2

**IT IS FURTHER ODERED** that a copy of this Order be served upon all parties within

___ days of the date of receipt hereof.

_____

Opposed    [  ]
Unopposed  [  ]