<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °*<br><br>_____<br><br>°Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars</td><td align="center">**MASSOOD & BRONSNICK, LLC**<br><br>COUNSELLORS AT LAW<br><br>647 MAIN AVE, SUITE 203<br>Passaic, New Jersey 07055<br>(973) 779-4200<br>Fax (973) 777-7977-f<br><br>Email: ABRONSNICK@MASSOODLAW.COM<br><br>Reply to Passaic</td><td>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>DANIELLE L. VERGA ^<br>KIMBERLY A. KOPP<br>SUSAN M. MADAR<br><br>PARALEGALS<br>ELIZABETH BABITSCH<br>DARA K. SIERRA<br><br>WAYNE OFFICE<br>50 Packanack Lake Road<br>Wayne, NJ 07470<br>973-696-1900<br>973-696-4211-f</td></tr>
</table>

August 19, 2013

**Via CM/ECF**
Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *New Jersey Back Institute a/s/o J.R. v. Horizon Blue Cross Blue Shield of New Jersey*
            *Civil Action No.: 2:12-cv-04985-SDW-MCA*

Dear Judge Wigenton:

    This office represents Plaintiff in the above-referenced matter. There is currently a Motion for Summary Judgment filed by Defendants returnable before Your Honor on September 3, 2012.

    Counsel for the Defendant and I have been in contact and are attempting to resolve this matter. With consent of my adversary, I respectfully request a two (2) week adjournment of this motion while discussing a possible resolution of the above-referenced action.

    Thank you for your consideration of this matter.

                                                Respectfully,

                                                ANDREW BRONSNICK, ESQ.

cc: Matthew A. Baker, Esq. (Via CM/ECF)
     Honorable Madeline Cox Arelo, U.S.M.J. (Via CM/ECF & Reg. Mail)